E-filing



LON DELANEY
NAME

V-88679
PRISON IDENTIFICATION/BOOKING NO.

SALINAS VALLEY STATE PRISON, P.O. BOX 1050
ADDRESS OR PLACE OF CONFINEMENT

SOLEDAD, CALIFORNIA 93960-1050

Note: It is your responsibility to notify the Clerk of Court in writing of any change of address. If represented by an attorney, provide his name, address, telephone and facsimile numbers, and e-mail address.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LON DELANEY<br>FULL NAME (Include name under which you were convicted)<br><br>Petitioner,<br><br>v.<br><br>MICHAEL EVANS (WARDEN)<br>NAME OF WARDEN, SUPERINTENDENT, JAILOR OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER<br>Respondent. | CASE NUMBER:<br>CV _____<br>To be supplied by the Clerk of the United States District Court<br><br>CV 08 4175<br>☐ _____ AMENDED CRB (PR)<br><br>**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**<br>28 U.S.C. § 2254<br><br>PLACE/COUNTY OF CONVICTION  SACRAMENTO, COUNTY<br>PREVIOUSLY FILED, RELATED CASES IN THIS DISTRICT COURT<br>(List by case number)<br>CV _____<br>CV _____ |

## INSTRUCTIONS - PLEASE READ CAREFULLY

1. To use this form, you must be a person who either is currently serving a sentence under a judgment against you in a California state court, or will be serving a sentence in the future under a judgment against you in a California state court. You are asking for relief from the conviction and/or the sentence. This form is your petition for relief.

2. In this petition, you may challenge the judgment entered by only one California state court. If you want to challenge the judgment entered by a different California state court, you must file a separate petition.

3. Make sure the form is typed or neatly handwritten. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

4. Answer all the questions. You do not need to cite case law, but you do need to state the federal legal theory and operative facts in support of each ground. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a legal brief or arguments, you may attach a separate memorandum.

5. You must include in this petition all the grounds for relief from the conviction and/or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition; you may be barred from presenting additional grounds at a later date.

5. You must pay a fee of $5.00. If the fee is paid, your petition will be filed. If you cannot afford the fee, you may ask to proceed *in forma pauperis* (as a poor person). To do that, you must fill out and sign the declaration of the last two pages of the form. Also, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account at the institution. If your prison account exceeds $25.00, you must pay the filing fee.

6. When you have completed the form, send the original and two copies to the following address:

Clerk of the United States District Court for the Northern District of California

United States Court House
ATTN: Intake/Docket Section
450 Golden Gate Avenue
San Francisco, Ca. 94102-3483

STATEMENT OF FACTS

ALTHOUGH PETITIONER IS AWARE THAT HE MAY NOT AT THIS TIME ATTACK HIS CONVICTION AND MAY ONLY REQUEST THAT THE CONDITIONS OF HIS CASE WILL LEAD THE COURT TO FIND THAT HIS SENTENCE SHOULD BE REDUCED AND OR THE ANY REMAINING PAROLE TIME BE VACATED DUE TO THE FACT THAT HIS CONVICTION PROVES TO BE IN VIOLATION OF HIS CONSTITUTIONAL RIGHTS AND SHOULD HAVE BEEN RECTIFIED IN THE APPELLATE COURT'S IF NOT IN PRIOR PROCEEDINGS OF THE THE STATE TRIAL PROCESS, ALLOWING THE PETITIONER HIS DUE PROCESS RIGHTS, HIS RIGHT TO A FAIR AND IMPARTIAL TRIAL, AND HIS RIGHT TO A TRIAL BY JURY.

ONE OF THE MOST FUNDAMENTAL RIGHTS IS TO ALLOW A DEFENDANT THE RIGHT TO LODGE A DEFENCE TO THE ALLEGED CHARGES BROUGHT AGAINST HIM OR HER' AND HAVING THIS TRIAL COURT ALLOWING THE CHARGES TO BE AMENDED AT THE LAST MINUTE BEFORE THE CONCLUSION OF PETITIONER'S TRIAL HAD SUBSTANTIALLY REMOVED HIS RIGHT TO DUE PROCESS AND DID NOT PROVIDE HIM WITH WHAT ANYONE COULD CONSIDER A FAIR TRIAL.      [HOW THIS WAS NOT CONSIDERED MORE THAN HARMLESS ERROR IN THE COURT OF APPEAL IS FAR FROM REASON].

CONCLUSIVELY THAT THE STATE COURT FINDING THAT FOR REASON THAT PETITIONER HAD BEEN UNDER ARREST IN THE PAST IS LEGAL CAUSE TO CONSIDER THAT LAW ENFORCEMENT THEN WOULD NOT BE REQUIRED TO GIVE PETITIONER MIRANDA RIGHTS NOTICE AS IS REQUIRED BY DUE PROCESS IS BEYOND THE JURISDICTION OF A COURT TO RULE, OR USE AS A FACTOR TO EXCUSE THE STATE FROM PROVIDING PETITIONER HIS RIGHTS GUARANTEED HIM BY THE UNITED STATES CONSTITUTION.

HAVING THE COURT ALLOWING EVIDENCE TO BE PLACED BEFORE A JURY THAT THE COURT IS FULL AWARE THAT IS WRONG ON THE MERITS TO SUPPORT THE CAUSE OF THE CHARGES OF EITHER MANUFACTURING OF DRUGS OR THE POSSESSION OF DRUGS FOR MANUFACTURING IS ALSO VIOLATING THE PETITIONER'S RIGHT TO DUE PROCESS, HAVING THE COURT IS REQUIRED TO BAR EVIDENCE THAT

IS NOT CONCLUSIVE TO THE FACTS OF THE CHARGES BEING LODGED AGAINST A DEFENDANT, HAVING NO EVIDENCE HAD BEEN SHOWN TO PROVE PETITIONER HAD BEEN INVOLVED IN THE MANUFACTURING OF DRUGS IN ANY MANNER.

THE PLAIN FACT THAT CONVENIENTLY ALL THE DRUGS THAT PETITIONER WAS TO EITHER TO HAVE POSSESSION OF OR THAT HE WAS TO BE TRANSPORTING FOR MANUFACTURING WERE ALL IN SUCH SMALL AMOUNTS THAT COULD NOT BE TESTED MORE THAN A FIELD-TEST OR BE PRESENTED AS EVIDENCE AT TRIAL, AND 1. HAVING SUCH SMALL AMOUNT OF A DRUG OR PRECURSER TO MANUFACTURE A DRUG THE INTENT WHICH WOULD BE REQUIRED TO ACTUALLY MANUFACTURE A DRUG CANNOT NOT HAVE BEEN PRESENT, OR THE PETITIONER WOULD NOT HAVE HAD THE KNOWLEDGE TO KNOW THAT AMOUNT TO MANUFACTURE A DRUG WOULD REQUIRE MORE THAN PETITIONER SAID TO HAVE POSSESSED FOR SUCH A PURPOSE, AND HAVING THERE WAS NO EVIDENCE THAT ANYTHING AT THE GAUGE IN QUESTION HAD EITHER AT ANY POINT BEEN IN THE POSSESSION OR EVER BELONGED TO PETITIONER IT WAS NEVER CONCLUSIVE THAT THAT PETITIONER COULD HAVE INTENDED TO MANUFACTURE DRUGS AT THE GAUGE, BESIDES THAT THERE WAS NO EVIDENCE THAT ANY DRUGS WERE EVER PRODUCED OR MANUFACTURED IN THE GAUGE.

[OR] AGAIN CAN THE COURT USE IT'S FIRST CONCLUSION THAT BECAUSE PETITIONER HAD BEEN CONVICTED OF DRUG POSSESSION AND OR TRANSPORTATION IN THE PAST HAD ANY FACTUAL CONCLUSION THAT HE IS OR WAS DOING THE SAME BY EX-POST-FACTO ASSOCIATION, AND HEREBY RAISES THE QUESTION WAS THERE ANY FAIRNESS PROVIDED PETITIONER AT ALL IN HIS TRIAL.

I BELIEVE THE COURT MUST AFFORD PETITIONER SOME CONCESSION IN FAVOR OF THE FACT THAT PETITIONER WAS DENIED MANY OF HIS FEDERAL AND CONSTITUTIONAL RIGHTS, AND NOT TO ATTEMPT TO RETURN PETITIONER FOR A NEW TRIAL, BECAUSE HE HAS ALREADY SERVED THE MOST OF HIS TERM IN STATE PRISON AND WOULD NOT PROVIDE EITHER PETITIONER OR THE STATE ANY SERVICE BY A NEW TRIAL, ONLY THE REDUCTION OF SENTENCE AND PAROLE CAN BE REASONABLE.

THE ONE THING THAT HAS NOT BEEN PRESENTED BEFORE THE STATE COURT'S IS THAT PETITIONER WAS DENIED EFFECTIVE ASSISTANCE OF COUNSEL ,AND THIS COURT WILL REQUIRE PETITIONER TO WITHDRAW THIS CLAIM TO PROCEED WHICH PETITIONER ONLY HAS IT TO SHOW THAT NO OTHER CAUSE COULD MAKE IT POSSIBLE TO HAVE CONVICTED PETITIONER WHILE DENYING HIS SO MANY OF HIS FEDERALLY PROTECTED RIGHTS GUARANTEED BY THE UNITED STATES CONSTITUTION, AND HAVE NOT BEEN OVERTURNED IN THE APPELLATE COURT'S AS WELL.

PETITIONER HAS NO CASE LAW TO PRESENT BEFORE THIS COURT BECAUSE HE HAS NO UNDERSTANDING OF THE LAW AND LEGAL MATTERS TO WHICH HE HAS BEEN RELIANT UPON COUNSEL IN THE PAST TO MAKE SURE THAT HIS RIGHTS ARE PROTECTED, AND AS YOU CAN SEE THIS PROVIDED LITTLE HELP BY ALLOWING WHAT WAS REQUIRED THE ASSISTANCE OF COUNSEL.

ONE POINT MISSING IS THE FACT THAT IF THE PETITIONER HAD THE MOUNT OF KNOWLEDGE REQUIRED OF INTENT TO MANUFACTURE THIS DRUG, HE THEN WOULD ALSO HAVE THE SAME KNOELEDGE THAT HE WOULD HAVE HAD TOO LITTLE OF THE DRUG TO PRODUCE A USABLE AMOUNT OF THE DRUG AND THEREFORE WOULD HAVE HAD NO INTENT AT THE TIME TO MANUFACTURE THE SO-CALLED DRUG SO EITHER THE PETITIONER HAD NO IDEA HOW TO MAKE THE DRUG OR HE WAS NOT INTENDING MANUFACTURE IT.

[AS EACH OF THE DRUGS AMOUNTS REPORTED BY THE OFFICER WERE INDICATED AS UNUSABLE].

DUE TO THE INDICATED CONDITIONS THAT HAVE BEEN PRESENTED WITH THIS PETITION I REQUEST THAT THE COURT ORDER THE RESPONDENT TO ANSWER TO THE PETITIONER'S CLAIMS AND ISSUES HEREIN, AND THAT THE COURT APPOINT COUNSEL FOR THE PETITIONER AND HOLD AN EVIDENCE HEARING TO CONCLUDE MATTERS WHICH MAY BE CONSIDERED NOVEL QUESTIONS OF LAW THAT CANNOT BE MERELY ANSWERED BY THE COURT FILED RECORD ON APPEAL.

FURTHER, PETITIONER NEEDS TO EXPRESS ALL POINTS THAT WERE FOREGONE BY ANY REASONABLE CONSIDERATION OF THE STATE COURT'S,

THE COURT CAN MAKE FINDINGS OF FACT WITH WHAT IS CONSIDERED CIRCUMSTANTIAL EVIDENCE, [BUT] SUCH EVIDENCE MUST HOLD SOME PHYSICAL PRESENTS' BEING OF THE CIRCUMSTANCE THAT WOULD PRESENT THE OPPORTUNITY WHICH ONE MAY COMMIT A CRIME, HERE YOU HAVE NO EVIDENCE THAT CAN OR WOULD BE CONSIDERED OF PHYSICAL PRESENTS THAT THE PETITIONER MAY HAVE COMMITTED THE CRIMES FOR WHICH HE HAD BEEN CHARGED, AND THE COURT HAD EXPRESSED IN A MANNER THAT IT REQUIRES TO GIVE NO SUCH CONSIDERATION IN FAVOR OF PETITIONER BECAUSE HE HAD BEEN CONVICTED OF OTHER CHARGES IN THE PAST.

CONCLUSIVELY THIS SHOWS THAT REGARDLESS OF WHICH ANY EVIDENCE PRESENTS PETITIONER WAS TO BE PROVIDED NO FINDINGS THAT COULD LEAD TO A JURY FINDING OF NOT GUILTY.

THEREFORE, THE ONLY CONCLUSION THAT CAN BE FOUND IN THIS MATTER IS THAT PETITIONER WAS NOT PROVIDED A FAIR TRIAL, AND REQUIRES THIS COURT TO GRANT PETITIONER THE MINOR RELIEF HE NOW REQUESTS OF THIS COURT, TO ALLOW ALL REMAINING TIME TO HAVE BEEN SERVED AND THAT ANY REMAINING PAROLE BE VACATED, IN THE INTEREST OF JUSTICE.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE 8/28/2008,

X _____
LON DELANEY
PETITIONER IN PRO SE.

PLEASE COMPLETE THE FOLLOWING: (*Check appropriate number*)

This petition concerns:
1. ☒ a conviction and/or sentence.
2. ☐ prison discipline.
3. ☐ a parole problem.
4. ☐ other.

## PETITION

1. Venue

    a. Place of detention   SALINAS VALLEY STATE PRISON, SOLEDAD, CALIFORNIA

    b. Place of conviction and sentence   SACRAMENTO, COUNTY CALIFORNIA SUPERIOR COURT.

2. Conviction on which the petition is based *(a separate petition must be filed for each conviction being attacked)*.

    a. Nature of offenses involved *(include all counts)*:   H&S.C.S.11379.6, H&S.C.S.11383(c)(1), H&S.C.S.11379(a) P.C.§654 and H&S.C.S.11370(c). 1.felony possession of pseudoephedrine as amended and the transportation of methamphetamine and forgery a felony and allegations of two prior convictions.

    b. Penal or other code section or sections: _____

    c. Case number:   04F06854

    d. Date of conviction:   07/15/2005

    e. Date of sentence:   07/15/2005

    f. Length of sentence on each count:   8 EIGHT YEARS IN STATE PRISON

    g. Plea *(check one)*:

        ☒ Not guilty

        ☐ Guilty

        ☐ Nolo contendere

    h. Kind of trial *(check one)*:

        ☒ Jury

        ☐ Judge only

3. Did you appeal to the California Court of Appeal from the judgment of conviction?   ☒ Yes ☐ No

    If so, give the following information for your appeal *(and attach a copy of the Court of Appeal decision if available)*:

    a. Case number:   C050662

    b. Grounds raised *(list each)*:

        (1) THE COURT VIOLATED PETITIONER'S FIFTH AMENDMENT AND DUE PROCESS BY ALLOWING STATEMENTS INTO EVIDENCE THAT WERE TAKEN IN VIOLATION OF HIS MIRANDA RIGHTS.

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (28 U.S.C § 2254)

  (2) THERE IS INSUFFICIENT EVIDENCE TO SUPPORT CONVICTIONS OF MANUFACTURING METHAMPETAMINE AND

  (X) POSSESSING PSEUDOEPHEDRINE WITH INTENT TO MANUFACTURE.

 (3) (*) petitioner'S SUBSTANTIAL RIGHTS WERE PREJUDICED WHEN THE INFORMATION WAS AMENDED ON THE

  (X) LAST DAY OF HIS TRIAL.

 (4) (X) THE COURT ERRED IN ALLOWING THE PROSECUTOR TO PUBLISH PETITIONER'S MUGSHOT.

 c. Date of decision: 06/21/2007

 d. Result   DENIED

4. If you did appeal, did you also file a Petition for Review with the California Supreme Court of the Court of Appeal decision? ☒ Yes ☐ No

 If so give the following information *(and attach copies of the Petition for Review and the Supreme Court ruling if available)*:

 a. Case number: ____

 b. Grounds raised *(list each)*:

  (1) THE COURT VIOLATED PETITIONER'S FIFTH AMENDMENT AND DUE PROCESS BY ALLOWING HIS STATEMENTS

  (2) INTO EVIDENCE WITHOUT PROVIDING ANY MIRANDA PRIOR TO HIS STATEMENTS BEING MADE.

 (2) (3) THERE WAS INSUFFICIENT EVIDENCE TO SUPPORT CONVICTIONS FOR MANUFACTURING METHAMPHETAMINE

  (4) AND POSSESSING PSEUDOEPHEDRINE WITH THE INTENT TO MANUFACTURE METHAMPHETAMINE.

 (3) (5) THE COURT VIOLATED PETITIONER'S DUE PROCESS RIGHTS BY ALLOWING THE INFORMATION TO BE

  (6) AMENDED ON THE LAST DAY OF HIS TRIAL TO ALLEGE POSSESSION OF PSEUDOEPHEDRINE.

 c. Date of decision: UNKNOWN

 d. Result DENIED, ALSO WAS CLAIMED WAS PETITIONER'S RIGHT TO A FAIR TRIAL WAS VIOLATED WHEN THE TRIAL COURT ALLOWED THE PROSECUTOR TO PUBLISH PETITIONER'S MUGSHOT WHEN IT WAS IRRELEVANT AND HIGHLY PREJUDICAL.

5. If you did not appeal:

 a. State your reasons PETITIONER IS AT THIS TIME BRINGING THIS ACTION ONLY AFTER BEING ADVISED THAT THERE IS AND WAS FURTHER DUE PROCESS AFTER HIS REQUEST FOR REVIEW TO THE CALIFORNIA SUPREME COURT THAT WAS NOT OTHERWISE ABLE ADVISED BY APPELLANT COUNSEL.

 b. Did you seek permission to file a late appeal? ☐ Yes ☒ No

6. Have you previously filed any habeas petitions in any state court with respect to this judgment of conviction? ☐ Yes ☒ No

 If so, give the following information for each such petition *(use additional pages if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

PETITIONER HAS NOT FILED ADDITIONAL STATE PROCEEDINGS BECAUSE ALL ISSUES HAVE BEEN SUBMITTED.

a.  (1) Name of court: _____

    (2) Case number: _____

    (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

    (4) Grounds raised *(list each)*:

        (a) _____

        (b) _____

        (c) _____

        (d) _____

        (e) _____

        (f) _____

    (5) Date of decision: _____

    (6) Result _____

    (7) Was an evidentiary hearing held?    ☐ Yes    ☐ No

b.  (1) Name of court: _____

    (2) Case number: _____

    (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

    (4) Grounds raised *(list each)*:

        (a) _____

        (b) _____

        (c) _____

        (d) _____

        (e) _____

        (f) _____

    (5) Date of decision: _____

    (6) Result _____

    (7) Was an evidentiary hearing held?    ☐ Yes    ☐ No

c.  (1) Name of court: _____

    (2) Case number: _____

    (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

    (4) Grounds raised *(list each)*:

        (a) _____

        (b) _____

    (c) _____
    (d) _____
    (e) _____
    (f) _____
(5) Date of decision: _____
(6) Result _____

(7) Was an evidentiary hearing held?    ☐ Yes    ☐ No

7. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than five grounds. Summarize briefly the <u>facts</u> supporting each ground. For example, if you are claiming ineffective assistance of counsel, you must state facts specifically setting forth what your attorney did or failed to do.

**CAUTION:** *Exhaustion Requirement*: In order to proceed in federal court, you must ordinarily first exhaust your state court remedies with respect to each ground on which you are requesting relief from the federal court. This means that, prior to seeking relief from the federal court, you first must present <u>all</u> of your grounds to the California Supreme Court.

a. Ground one: CALIFORNIA HAS MADE THEIR DETERMINATIONS BY UNREASONABLE MEANS, FINDING THAT THE PETITIONER'S RIGHTS TO DUE PROCESS BY MIRANDA ADVISEMENT IS OF NO FEDERAL CONSEQUENCE.

(1) Supporting FACTS: AFTER HAVING PETITIONER NOT BEING ADVISED HE HAD THE RIGHT TO NOT SPEAK WITHOUT THE PRESENCES OF COUNSEL AND THAT HE HAS OTHER RIGHTS THEREOF AND ALSO THE SAME REQUIREMENTS OF SEARCH SEARCHES AND SEIZURES AND THEN ALLOWING STATEMS STATEMENTS TO BE SUBMITTED BEFORE A JURY CLEARLY VIOLATED PETITIONER'S RIGHT TO DUE PROCESS AND HIS RIGHT TO A FAIR TRIAL, TRIAL BY JURY.

(2) Did you raise this claim on direct appeal to the California Court of Appeal?    ☒ Yes    ☐ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court?    ☒ Yes    ☐ No
(4) Did you raise this claim in a habeas petition to the California Supreme Court?    ☐ Yes    ☒ No

b. Ground two: BY BOTH THE TRIAL AND APPELLATE COURTS MAKING FINDINGS BY UNREASONABLE DETERMINATIONS OF FACTS, AND NOT TAKING INTO CONSIDERATION THAT THERE WAS INSUFFICIENT EVIDENCE TO SUPPORT A CONVICTION FOR MANUFACTURING METHAMETAMINE OR POSSESSION OF PSEUDOEPHEDRINE.
(1) Supporting FACTS: FINDING NO CONCLUSIVE FACT THAT THE INDITEMENT PRIOR TO BEING AMENDED HELD ANY FACTS OF POSSESSION OF PSEUDOEPHEDRINE AND THERE WAS NO FACTS TO SHOW PETITIONER AT NO TIME EITHER PRESENT OF RESENT PAST HAS BEEN IN THE PROCESS OF MANUFACTURING ANY FORCE FORM OF DRUG ETTH METHAMPHETAMINE OR OTHERWISE.

(2) Did you raise this claim on direct appeal to the California Court of Appeal?    ☒ Yes    ☒ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court?    ☒ Yes    ☐ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court?   ☐ Yes   ☒ No

c. Ground three: __BOTH THE STATE AND APPELLATE COURT'S REFUSED TO ALLOW PETITIONER HIS RIGHT TO A FAIR TRIAL BY ALLOWING THE CHARGES TO BE AMENDED ON THE VERY LAST DAY OF HIS TRIAL AND NOT ALLOWING HIM THE RIGHT TO PREPAIRE A VIABLE DEFENCE TO THE AMENDED CHARGES.__

(1) Supporting FACTS: __DUE PROCESS REQUIRES THAT COUNSEL FOR THE DEFENCE AND OR A DEFENDANT BE ALLOWED REASONABLE TIME TO PREPAIRE A DEFENCE TO ANY CHARGES LODGED AGAINST HIM OR HER. HAVING THE COURT ALLOWING THE PROSECUTOR TO AMEND THE CHARGES ON THE LAST DAY PETITIONER WAS CLEARLY DENIED HIS RIGHT TO DUE PROCESS, AND HIS RIGHT TO A FAIR TRIAL.__

(2) Did you raise this claim on direct appeal to the California Court of Appeal?   ☒ Yes   ☐ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court?   ☒ Yes   ☐ No
(4) Did you raise this claim in a habeas petition to the California Supreme Court?   ☐ Yes   ☒ No

d. Ground four: __THE COURT ALLOWING THE PROSECUTOR TO PUBLISH PETITIONER'S MUGSHOT HAD BROUGHT A HIGHLY PREJUDICE NATURE AGAINST TO PETITIONER AT HIS TRIAL, AND NOT ALLOWING HIS JURY TO BE IMPARTIAL TO THE FACTS OF THE CASE PRIOR TO THE TRIAL IT'S SELF.__

(1) Supporting FACTS: __THE TRIAL COURT SHOULD HAVE DECLARED A MIS-TRIAL ON SUCH GROUNDS THAT PETIONER'S CASE HAD PREJUDICEDS AGAINST HIM PRIOR TO THE BEGINNING TO HIS TRIAL AND THE APPELLATE COURT WAS REQUIRED TO UP HOLD PETITIONER'S RIGHT TO BOTH DUE PROCESS AND A FAIR TRIAL, AND SENT THE MATTER BACK BEFORE THE TRIAL COURT TO BE REVERSED AND A NEW TRIAL.__

(2) Did you raise this claim on direct appeal to the California Court of Appeal?   ☒ Yes   ☐ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court?   ☒ Yes   ☐ No
(4) Did you raise this claim in a habeas petition to the California Supreme Court?   ☐ Yes   ☒ No

e. Ground five: _____

(1) Supporting FACTS: _____

(2) Did you raise this claim on direct appeal to the California Court of Appeal?   ☐ Yes   ☐ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court?   ☐ Yes   ☐ No
(4) Did you raise this claim in a habeas petition to the California Supreme Court?   ☐ Yes   ☐ No

8. If any of the grounds listed in paragraph 7 were not previously presented to the California Supreme Court, state briefly which grounds were not presented, and give your reasons: IT MUST BE MADE CLEAR THAT ALL THE ISSUES PRESENTED HEREIN HAVE BEEN ALLOWED FOR ALL THE LOWER STATE COURT'S TO GIVE ANSWER TO, YET THE PETITIONER HAS NOT FILED ADDITIONAL HABEAS PETITIONS IN THE STATE COURT'S TO ALLOW THE COURT'S TO ANSWER A SECOND TIME, BECAUSE A PETITIONER NEED ONLY ALLOW THE LOWER COURT TO ANSWER ONCE.

9. Have you previously filed any habeas petitions in any federal court with respect to this judgment of conviction?
   ☐ Yes   ☒ No

   If so, give the following information for each such petition *(use additional pages if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

   a. (1) Name of court: _____
      (2) Case number: _____
      (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____
      (4) Grounds raised *(list each)*:
          (a) _____
          (b) _____
          (c) _____
          (d) _____
          (e) _____
          (f) _____
      (5) Date of decision: _____
      (6) Result _____

      (7) Was an evidentiary hearing held?   ☐ Yes   ☐ No

   b. (1) Name of court: _____
      (2) Case number: _____
      (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____
      (4) Grounds raised *(list each)*:
          (a) _____
          (b) _____
          (c) _____
          (d) _____
          (e) _____
          (f) _____
      (5) Date of decision: _____
      (6) Result _____

(7) Was an evidentiary hearing held?   ☐ Yes   ☐ No

10. Do you have any petitions now pending (i.e., filed but not yet decided) in any state or federal court with respect to this judgment of conviction?   ☐ Yes   ☒ No

    If so, give the following information *(and attach a copy of the petition if available)*:

    (1) Name of court: _____

    (2) Case number: _____

    (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

    (4) Grounds raised *(list each)*:

    (a) _____
    (b) _____
    (c) _____
    (d) _____
    (e) _____
    (f) _____

11. Are you presently represented by counsel?   ☐ Yes   ☒ No   ONLY DOCUMENTER

    If so, provide name, address and telephone number: _____

WHEREFORE, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding,

_____
*Signature of Attorney (if any)*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on 8/28/08             _____[signature]_____
              Date                      Signature of Petitioner

LON DELANEY
*Petitioner*

MICHAEL EVANS (WARDEN)
*Respondent(s)*

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

I, **LON DELANEY**, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? ☐ Yes  ☒ No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, within the past twelve months, any money from any of the following sources?
    a. Business, profession or form of self-employment?  ☐ Yes  ☒ No
    b. Rent payments, interest or dividends?  ☐ Yes  ☒ No
    c. Pensions, annuities or life insurance payments?  ☐ Yes  ☒ No
    d. Gifts or inheritances?  ☐ Yes  ☒ No
    e. Any other sources?  ☐ Yes  ☒ No

    If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: _____

3. Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison accounts)*
    ☐ Yes  ☒ No

    If the answer is yes, state the total value of the items owned: _____

IN THE
# Court of Appeal of the State of California
IN AND FOR THE
## THIRD APPELLATE DISTRICT

THE PEOPLE,
   Plaintiff and Respondent,

v.

LON DELANEY,
   Defendant and Appellant.

                          C050662
                          Sacramento County
                          No.  04F06854

## REMITTITUR TO TRIAL COURT CLERK

    I, DEENA C. FAWCETT, Clerk/Administrator of the Court of Appeal of the State of California for the Third Appellate District, do hereby certify that the attached opinion, previously provided to the parties, is a true and correct copy of the original opinion entered in the above entitled cause that has now become final.

    WITNESS my hand and the seal of the Court affixed at my office this 16th day of October 2007.

(SEAL)

                                           DEENA C. FAWCETT
                                           Clerk/Administrator

                                        By: _____
                                                    Deputy

---

Receipt of the original remittitur in the above case is hereby acknowledged.

Dated:                                                Trial Court Clerk

                                                           By:
                                                           Deputy

cc: See Mailing List

DELANEY V-88679
NAS VALLEY STATE PRISON
1050 / B-2
CALIFORNIA 93960-1050

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102



RECEIVED
AUG 29 2008
LEGAL MAIL



UNITED STATES POSTAGE
$02.36°
PITNEY BOWES
02 1A
0004397458
MAILED FROM ZIP CODE 93960
AUG 28 2008

8/27/08

LEGAL MAIL