LON DELANEY V-88679
C/O SALINAS VALLEY STATE PRISON - E-filing
P.O. BOX 1050 B-2
SOLEDAD, CALIFORNIA 93960-1050

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

IN RE:
ON HABEAS,

FILED
08 SEP -3 PM 3:24
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

| LON DELANLEY ) | CASE NO. |
| PETITIONER/PLAINTIFF, ) | CV 08 4175 CRB (PR) |
| ) | |
| Vs. ) | PETITIONER MOTION/REQUEST |
| ) | FOR APPOINTMENT OF COUNSEL |
| MICHAEL EVANS (WARDEN) ) | AND DECLARATION OF |
| RESPONDENT/DEFENDENT ) | PETITIONER'S INDIGENCE |

COMES NOW, PETITIONER LON DELANEY WITH MOTION/REQUEST FOR THE APPOINTMENT OF COUNSEL AND DECLARATION OF PETITIONER INDIGENCE.

PETITIONER HEREBY REQUESTS THIS COURT TO GRANT MOTION TO APPOINT COUNSEL BY GENERAL ORDER OF RULE 25, OF THE FEDERAL RULE'S OF CIVIL PROCEDURE.

HAVING THAT PETITIONER AT THIS TIME HAS NO FUNDS TO WHICH HE MAY EMPLOY COUNSEL INDEPENDENTLY AND IS UNABLE TO PROCEED FURTHER IN THIS MATTER WITHOUT THE ASSISTANCE OF COUNSEL.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE 8/28/2008,

X _____
LON DELANEY
PETITIONER IN PRO SE.