```
LON DELANEY V-88679
c/o SALINAS VALLEY STATE PRISON
P.O. BOX 1050 / B-2
SOLEDAD, CALIFORNIA 93960
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

IN RE:

ON HABEAS,

| | |
|---|---|
| LON DELANEY ) <br> PETITIONER/PLANTIFF ) <br> ) <br> Vs. ) <br> ) <br> MICHAEL EVANS (WARDEN) ) <br> RESPONDENT/DEFENDANT, ) | CASE NO. <br> CV 08 4175 CRB (PR) <br><br> CERTIFICATE OF SERVICE |

FILED 08 SEP -3 PM 3:24

E-filing

I HEREBY CERTIFY THAT ON, 08/28/2008, I SERVED THE FOLLOWING :

DECLARATION IN SUPPORT TO PROCEED IN FORMA PAUPERIS

PETITIONER PETITION FOR WRIT OF HABEAS CORPUS, AND REQUEST/MOTION

FOR THE APPOINTMENT OF COUNSEL DECLARATION OF INDIGENCE.

PETITIONER EXHIBITS

BY PLACING IN DEPOSIT FOR UNITED STATES MAILING AT :

SALINAS VALLEY STATE PRISON
POST OFFICE BOX 1050
SOLEDAD, CALIFORNIA 93960

IN A PREPAID ENVELOPE ADDRESSED TO :

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE 08/28/2008,                    X _____
                                        LON DELANEY
                                        PETITIONER IN PRO SE.